**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICK KENNY, | CASE NO. 3:11-cv-05774 EMC |
| Plaintiff(s), | **ORDER REFERRING CASES FOR RELATED CASE DETERMINATION** |
| v. | |
| CARRIER IQ, INC., | |
| Defendant(s). | |
| AND RELATED ACTIONS. | |

Pursuant to Civil Local Rule 3-12(c), the following cases:

5:11-cv-06196 EJD    Lavertue v. Carrier IQ, Inc.

5:11-cv-06201 EJD    Castro v. Carrier IQ, Inc.

are hereby referred to the Honorable Edward M. Chen for a determination as to whether they are related to <u>Kenny v. Carrier IQ, Inc.</u>, Case No. 3:11-cv-05774 EMC, an action currently pending before Judge Chen.

**IT IS SO ORDERED.**

Dated: April 20, 2012

_____
EDWARD J. DAVILA
United States District Judge

1

CASE NO. 3:11-cv-05774 EMC
ORDER REFERRING CASES FOR RELATED CASE DETERMINATION